UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APEX MARITIME CO. INC., et al.,<br><br>Defendants. | Case No. 23-cv-00193-AGT<br><br>**ORDER REGARDING STATUS OF SERVICE ON DEFENDANT LOCKSLEY S.R.L. AND VACATING FURTHER CASE MANAGEMENT CONFERENCE** |

Williams-Sonoma filed this admiralty and breach of contract action in January 2023 against four defendants. Three of the defendants, Apex Maritime Co., Inc., Apex Maritime Co. (LAX), Inc., and Apex Maritime Co. (ORD), Inc., were timely served and appeared at the initial case management conference on April 14, 2023. During the initial CMC, Williams-Sonoma's counsel explained that the fourth defendant, Locksley S.R.L., is located in Argentina and would need to be served under the Hague Convention "if they remain in the case." Counsel further explained that Williams-Sonoma was attempting to gather more information about whether "to keep [Locksley] in the case."

On November 11, 2023, in anticipation of the upcoming further CMC, Williams-Sonoma and the Apex defendants submitted a joint statement which reports in passing that Locksley "has not yet been served." Dkt. 23 at 2. Williams-Sonoma provides no further details regarding whether it has attempted to serve, or even intends to serve, Locksley. To the extent Williams-Sonoma intends to keep Locksley in this case, it must file, by November 22, 2023, a status report detailing all efforts taken to date to effect service on Locksley. If Williams-Sonoma does not intend to pursue its claims against Locksley, it must file a notice of voluntary dismissal on or before November 22.

1   The further CMC set for November 17, 2023, is vacated and will be reset following the
2   Court's review of Williams-Sonoma's forthcoming status report or notice of dismissal.
3   **IT IS SO ORDERED.**
4   Dated:  November 15, 2023

ALEX G. TSE
United States Magistrate Judge